ACCEPTED
14-15-00322-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 3:54:20 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00322-CV

_____

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 3:54:20 PM
CHRISTOPHER A. PRINE
Clerk

_____

GLENN BECKENDORFF, IN HIS OFFICIAL CAPACITY AS
WALLER COUNTY JUDGE

*Appellants*

V.

CITY OF HEMPSTEAD, TEXAS AND
CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD

*Appellees*

_____

On Appeal from the 506TH Judicial District Court of Waller County, Texas
Honorable Terry Flenniken, Presiding

_____

NOTICE OF AUTOMATIC SUBSTITUTION PURSUANT TO TEXAS RULE OF
APPELLATE PROCEDURE 7.2(a)

_____

TO THE HONORABLE FIRST OR FOURTEENTH[1] COURT OF APPEALS:

Appellee, the City of Hempstead, Texas moves to dismiss the appeal.

## I. Background

Appellants, Glenn Beckendorff, in his official capacity as Waller County
Judge, Frank Pokluda, in his official capacity as Waller County Precinct Two

_____

[1] Pursuant to the courts' local rules, this case should have been assigned to the First Court of
Appeals. A motion to transfer was filed 3 June 2015.

Commissioner, and Stan Kitzman, in his official capacity as Waller County Precinct Four Commissioner, appeal from the trial court's judgment signed 20 February 2015.

In the underlying lawsuit, the parties were as follows:

**Plaintiff**:  City of Hempstead

**Plaintiff-Intervenor**:  Citizens Against the Landfill in Hempstead ("CALH")

**Defendants**: Waller County; Glenn Beckendorff, in his official capacity as Waller County Judge; Frank Pokluda, in his official capacity as Waller County Commissioner; Stan Kitzman, in his official capacity as Waller County Commissioner; Jeron Barnett, in his official capacity as Waller County Commissioner; John Amsler, in his official capacity as Waller County Commissioner; and Pintail Landfill, LLC.

After a jury trial, the parties entered into a settlement agreement that included an agreed judgment.  All parties moved for the trial court to enter the agreed judgment. The trial court entered judgment on 20 February 2015.  At the time the trial court entered judgment, Beckendorff, Pokluda, and Kitzman, had been succeeded in office by the current Waller County elected officials.  *See* Exhibit A (Copy of the Waller County website listing its elected officials).[2]

> Rule 7.2(a) provides:
>
> When a public officer is a party in an official capacity to an appeal or original proceeding, and if that person ceases to hold office before the appeal or original proceeding is finally disposed of, the public officer's successor is automatically substituted as a party if appropriate. Proceedings following substitution are to be in the name of the substituted party, but any misnomer that does not affect the

---

[2] The City of Hempstead requests this Court take judicial notice of the elected officials.  The facts are generally known within the trial court's territorial jurisdiction.

substantial rights of the parties may be disregarded. Substitution may be ordered at any time, but failure to order substitution of the successor does not affect the substitution.

Tex. R. App. 7.2(a) ("Automatic Substitution of Officer").

Because the individuals named as appellants are no longer the elected officials of Waller County, the correct parties—the current elected officials—should are automatically substituted by rule. *See Abbott v. G.G.E*, 03-11-00338-CV, 2015 WL 1968262, at *1 n.1 (Tex. App.—Austin Apr. 30, 2015, no. pet. h.) (automatic substitution of successors to "former Governor, Commissioners of HHSC and DADS, and the former Directors of the Austin and Mexia SSLCs"); *City of Houston v. Strouse*, No. 14-10-00239-CV, 2011 WL 304185, at *1 n.1 (Tex. App.—Houston [14th Dist.] Jan. 27, 2011, no pet.) (mem. op.) (automatic substitution of newly appointed chief of police in suit against former chief in his official capacity).

The City of Hempstead requests this Court order the clerk to re-style this case to reflect the automatic substitution of public officers.

Respectfully submitted,

**OLSON & OLSON, L.L.P.**


By:  /s/ Eric C. Farrar
     Eric C. Farrar
     State Bar No. 24036549
     efarrar@olsonllp.com
     Wortham Tower, Suite 600
     2727 Allen Parkway
     Houston, Texas  77019
     Telephone:   (713) 533-3800
     Facsimile:   (713) 533-3888

**ATTORNEYS FOR APPELLEE**

**<u>CERTIFICATE OF CONFERENCE</u>**

The undersigned conferred all appellate counsel of record as follows:

David Carp, counsel for appellants – letter faxed and emailed on 15 May; email on 3 June.  Counsel for appellants has not indicated whether appellants oppose this motion or not.

Brent Ryan, counsel for Pintail Laindfill, LLC – email on 3 June and phone call on 5 June.  Counsel for Pintail has not indicated whether Pintail opposes this motion or not.

Elton Mathis, counsel for Waller County, county judge, in his official capacity, and county commissioners, in their official capacities, indicated that he agrees to the relief sought in this motion.

Blayre Pena, counsel for CALH, indicated that CALH agrees to the relief requested.

                              /s/ Eric C. Farrar
                              Eric C. Farrar

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2015 a true and correct copy of the foregoing Notice of Appearance of Appellate Counsel for Appellee was served via e-service:

David A. Carp
Herzog & Carp
427 Mason Park Boulevard
Katy, Texas 77450
Facsimile (713) 781-4797

**Attorney for Appellant**

Ms. Carol Chaney
Law Office of Carol A. Chaney
820 13th Street
P.O. Box 966
Hempstead, Texas 77445
Facsimile (979) 826-6637
E-Mail:
carol.chaney@thechaneyfirm.net

**Attorneys for Citizens
Against the Landfill in Hempstead**

Mr. Brent W. Ryan
McElroy, Sullivan, Miller,
Weber & Olmstead, L.L.P.
P.O. Box 12127
Austin, Texas 78711
Facsimile (512) 327-6566
E-Mail: bryan@msmtx.com

**Attorney for Pintail Landfill, LLC**

Ms. V. Blayre Pena
Hance Scarborough, LLP
400 W. 15th Street, Suite 950
Austin, Texas 78701
Facsimile (512) 482-6891
E-Mail: bpena@hslawmail.com

**Attorneys for Citizens
Against the Landfill in Hempstead**

Elton R. Mathis, Jr.
Waller County District Attorney
Ruhee G. Leonard
Assistant District Attorney
645 12th Street
Hempstead, Texas 77445
Facsimile: (979) 826-7722
E-Mail: e.mathis@wallercounty.us
**Attorney for Waller County,
Texas**

/s/ Eric C. Farrar
Eric C. Farrar

Home | Contact Us     Search

Waller County
Texas

Home

Financial Transparency

Public Information Request

Elected Officials Contact List

Public Notices, News & Forms

County Offices

District Court

Other County Offices

Employment Opportunities

Commissioner Court Videos/Archives

Minutes

Waller County Sub-Regional
Planning Commission

Landfill Related Information

Contribution & Expense Reports

Independent School District

Libraries

Museums

Geographical

History

Calendar

Justice of the Peace

Waller County Ordinances

Animal Control

Estray Livestock

Road and Bridge

Recycle Center

Veteran's Office

Section 3 Information

Elected Officials Contact List

# Waller County Elected Officials Contact list

| | | | |
|---|---|---|---|
| Commissioner Pct 1 | John A. Amsler | | O - 979-826-7700 |
| | P O Box 648 | | F -979-826-2112 |
| | Hempstead, Tx. 77445 | | |
| Commissioner Pct 2 | Russell Klecka | | O - 979-826-7700 |
| | 25442 Curtis Rd | | F -979-826-2112 |
| | Waller, Tx 77484 | | |
| Commissioner Pct 3 | Jeron Barnett | | O - 979-826-7700 |
| | P O Box 2846 | 12620 FM 1887 | F -979-826-2112 |
| | Prairie View, Tx. 77446 | Hempstead, TX 77445 | |
| Commissioner Pct 4 | Justin Beckendorff | | O - 281-375-5231 |
| | P O Box 7 | 3410 First St. | F- 281-375-7751 |
| | Pattison, Tx 77466 | Pattison, TX 77466 | |
| Constable, Pct. 1 | Bo Hashaw | | O - 979-826-3357 |
| | 846 6th St. Ste 1 | | |
| | Hempstead, Tx 77445 | | |
| Constable, Pct 2 | Glenn White | | O - 936-931-1914 |
| | 27390 Fieldstore Rd | | F - 936-372-9234 |
| | Waller, Tx 77484 | | |
| Constable, Pct 3 | Herschel Smith | | O - 979-826-7635 |
| | 12620 FM 1887 | | F -979-826-7639 |
| | Hempstead, Tx 77445 | | |
| Constable, Pct 4 | Joel Trimm | | O - 281-375-5233 |
| | P O Box 389 | 3410 First St. | |
| | Pattison, Tx 77466 | Pattison, TX 77466 | |
| County Clerk | Debbie Hollan | | O - 979-826-7711 |
| Room 217 -Main Ofc | 836 Austin St. Hempstead | | F - 979-826-7771 |
| Room 213 - Civil | Hempstead, TX 77445 | | |
| County Court at Law | June Jackson - Judge | | O - 979-826-7763 |
| Room 216 | 836 Austin St. | | F - 979-826-9119 |
| | Hempstead, TX 77445 | | |
| County Judge | Trey Duhon -Judge | | O - 979-826-7700 |
| Room 203 | 836 Austin St. | | F - 979-826-2112 |
| | Hempstead, TX 77445 | | |
| District Attorney | Elton Mathis-District Attorney | | O - 979-826-7718 |
| | 645 12th Street | | F - 979-826-7722 |
| | Hempstead, Tx 77445 | | |

**EXHIBIT A**

| | | |
|---|---|---|
| **District Clerk** | **Liz Pirkle, District Clerk** | **O - 979-826-7735** |
| Room 318 | 836 Austin St. | F - 979-826-7738 |
| | Hempstead, TX 77445 | |
| **506th District Judge** | **A M McCaig - Judge** | **O - 979-921-0921** |
| Room 307 | 836 Austin St. | F - 979-826-9149 |
| | Hempstead, TX 77445 | |
| **Justice of the Peace** | **Charles Karisch-Judge** | **O - 979-826-7745** |
| **Precinct 1** | 846 6th St. Ste 1 | F - 979-826-7748 |
| | Hempstead, Tx 77445 | |
| **Justice of the Peace** | **Delores Hargrave-Judge** | **O - 936-372-2193** |
| **Precinct 2** | 27388 Fieldstore Rd | F - 936-931-5206 |
| | Waller, Tx 77484 | |
| **Justice of the Peace** | **Marian Jackson-Judge** | **O - 979-826-7637** |
| **Precinct 3** | 12620 FM 1887 | F - 979-826-7639 |
| | Hempstead, Tx 77445 | |
| **Justice of the Peace** | **Ted Krenek - Judge** | **O - 281-375-5233** |
| **Precinct 4** | 3410 1st St / P O Box 7 (Mail) 3410 First St. | F - 281-375-7757 |
| | Pattison, Tx 77466  Pattison, TX 77466 | |
| **Treasurer** | **Joan Sargent** | **O - 979-826-7707** |
| Room 316 | 836 Austin St. | |
| | Hempstead, TX 77445 | F - 979-826-7709 |
| **Tax Assessor** | **Ellen Shelburne** | **979-826-7620** |
| | 730 9th St | |
| | Hempstead, Tx 77445 | Fax 979-826-7619 |
| **Sheriff** | **Glenn Smith** | **979-826-8282** |
| | 701 Calvit Street | |
| | Hempstead, Tx 77445 | Fax 979-826-7667 |

Duties & Responsibilities of County Officials

Provided by the County Information Resources Agency, Powered by ezTask™